UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GUANGEN LI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:23-cv-00355 |
| | § | |
| MOUNTAIN RUN SOLUTIONS, LLC F/K/A PERFECTION COLLECTION and EQUIFAX INFORMATION SERVICES, LLC, | § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant Equifax Information Services LLC is given through and including December 26, 2023 to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this _____ day of _____, 2023.

_____
JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE

95782\337215\274589161.v1