Case 3:23-cv-00355   Document 15   Filed on 02/05/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GUANGEN LI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-355 |
| | § | |
| MOUNTAIN RUN SOLUTIONS, LLC, *ET AL.*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

On February 1, 2024, the plaintiff filed a notice of voluntary dismissal as to its claims against Mountain Run Solutions, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 14.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against Mountain Run Solutions in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs. Signed on Galveston Island this 5th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE